429 A.2d 78

Commonwealth v. Gratkowski, Appellant.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

Submitted April 16, 1980. John W. English, Jr., for appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.